**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jamal Antwan MOON, Defendant–
Appellant.**

**No. 02–6616.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 19, 2002.

Decided Sept. 20, 2002.

Jamal Antwan Moon, Appellant Pro Se. Darryl James Mitchell, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jamal Antwan Moon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant the motion for enlargement of the record, deny the motion for leave to take deposition, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See United States v. Moon,* 181 F.Supp.2d 596 (E.D. Va.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*